UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY J. COY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00240-SEB-MPB |
| | ) |
| ANDREW M. SAUL Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

The court having adopted the Magistrate Judge's Report and Recommendation on Plaintiff's Complaint for Judicial Review, JUDGMENT is HEREBY ENTERED in favor of Plaintiff Mary J. Coy, REVERSING the Commissioner's decision and REMANDING this matter to the Social Security Administration for further proceedings as authorized by sentence four of 42 U.S.C. § 405(g).

Date: __2/24/2021__                              _____
                                                              SARAH EVANS BARKER, JUDGE
                                                              United States District Court
                                                              Southern District of Indiana

Distribution:

Timothy E. Burns
KELLER & KELLER
timb@2keller.com

Lindsay Beyer Payne
SOCIAL SECURITY ADMINISTRATION
lindsay.payne@ssa.gov

Matthew Frederick Richter
KELLER & KELLER LLP
mrichter@2keller.com

Joseph R. Wambach
KELLER & KELLER
joew@2keller.com

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov